932

No. 824. ELLIOTT ET AL. v. METROPOLITAN CASUALTY INSURANCE CO. OF NEW YORK ET AL. C. A. 10th Cir. Certiorari denied. Petitioners *pro se*. *Donald N. Clausen, Herbert W. Hirsh* and *Norman A. Miller* for respondents.

No. 831. SPERRY GYROSCOPE CO., DIVISION OF SPERRY RAND CORP., v. ENGINEERS ASSOCIATION. C. A. 2d Cir. Certiorari denied. *Emanuel L. Gordon* for petitioner. *Bernard Dunau* for respondent.

No. 832. UNITED STATES EX REL. CANTISANI v. HOLTON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *John J. O'Brien* for petitioner. *Solicitor General Rankin* and *Beatrice Rosenberg* for respondent.

No. 834. GINSBURG v. STERN ET AL. C. A. 3d Cir. Certiorari denied. *Paul Ginsburg* for petitioner. *Thomas D. McBride*, Attorney General of Pennsylvania, and *Lois G. Forer*, Deputy Attorney General, for respondents.

No. 836. HOBBS v. WISCONSIN POWER & LIGHT CO. ET AL. C. A. 7th Cir. Certiorari denied. *H. F. McNenny, F. O. Richey* and *B. D. Watts* for petitioner. *Edward A. Haight* and *Frank Zugelter* for respondents.

No. 844. CEDAR CREEK OIL & GAS CO. ET AL. v. FIDELITY GAS CO. ET AL. C. A. 9th Cir. Certiorari denied. *Forrest H. Anderson* and *Leif Erickson* for petitioners. *Cale Crowley, John C. Benson* and *Rodger L. Nordbye* for respondents.